NO. 07-01-0448-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 22, 2002
_____

LUREANER OULARE,

Appellant

v.

STATE OF TEXAS,

Appellee
_____

FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY COUNTY;

NO. 95,498-1; HON. W.F. CORKY ROBERTS, PRESIDING
_____

Before BOYD, C.J., QUINN and REAVIS, J.J.

Appellant Lureaner Oulare appeals her conviction of resisting arrest, search or transportation. Her sole issue is identical to that raised in Lureaner Oulare v. State, No. 07-01-0404-CR, pending in this court. We overrule it for the same reasons stated in our opinion issued this day in Lureaner Oulare v. State, No. 07-01-0404-CR. That is, appellant waived the issue.

Accordingly, the judgment of the trial court is affirmed.

Brian Quinn
Justice

Do not publish.